LF 028
(Rev. 11/04/2019)

## PRISONER CIVIL RIGHTS COMPLAINT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB 23 2026

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

__Jonathan Rice__    G.D.C.# 1000189945
(Enter above the full name and prisoner identification number of the plaintiff, GDC number if a state prisoner.)

4 26-cv-050

-vs-

__Warden, Jones;__
__Joshua, Jones__

(Enter above the full name of the defendant(s).)

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the Court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

---

I.  **Previous Lawsuits**

  A.  Have you filed other lawsuits in federal court while incarcerated in any institution?

  Yes (✓)   No ( )

  B.  If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

  1.  Parties to this previous lawsuit:

  Plaintiff(s): __Jonathan Rice, GDC# 1000189945__

1

LF 028
Rev. 11/04/2019

Defendant(s): Warden, Jones

2. Court (name the district): Northern District of Georgia, Rome Division "Court House"

3. Docket Number: 4:25-CV-00264-WMR

4. Name of judge to whom case was assigned: William. M. Ray

5. Did the previous case involve the same facts?

    Yes (✓)   No ( )

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): The Prison be Late getting my Legal mail need more time and Help Filing Legal Papers

7. Approximate date of filing lawsuit: 11-21-2025

8. Approximate date of disposition: 11-21-2025

11. Exhaustion of Administrative Remedies

Pursuant to 28 U.S.C. § 1997e(a), no prisoner civil rights action shall be brought in federal court until all available administrative remedies are exhausted. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Place of Present Confinement: Hays State Prison

B. Is there a prisoner grievance procedure in this institution?

    Yes (✓)   No ( )

C. Did you present the facts relating to your complaint under the institution's grievance procedure?

    Yes (✓)   No ( )

D. If your answer is YES:
   1. What steps did you take and what were the results? False imprisonment claim case That I dont got to be arrested False arrest Claim.

2

LF 028
Rev. 11/04/2019

_____ N/A _____

2. If your answer is NO, explain why not: _____ N/A _____

## III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank.)

A. Name of Plaintiff: Jonathan Maurice Rice, G.d.C # 1000189945

Address(es): Hays State Prison, P.O. Box 668, Trion, GA, 30753

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B. Defendant(s): Warden, Jones Joshua

Employed as Warden of Prison, Hays State Prison.

at Hays State Prison, P.O. Box 668, Trion, GA, 30753

## IV. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

( ) Federal official (a *Bivens* claim)
(✓) State or local officials (a § 1983 claim)

3

LF 028
Rev. 11/04/2019

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

False Arrest claim. False imprisonment Claim. Habeas Corpus claim

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Habeas corpus claim. False Arrest claim. False imprisonment claim,

V. **Prisoner Status**
Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

( ) Pretrial detainee
( ) Immigration detainee
(✓) Convicted and sentenced state prisoner
( ) Convicted and sentenced federal prisoner
(✓) Other *(explain)* False Arrest claim. False imprisonment claim.

Statement of Claim
State here as briefly as possible the facts of your case. Tell the court WHAT happened to you, WHEN the incident(s) you complain about occurred, WHERE the incident(s) took place, HOW your constitutional rights were violated, and WHO violated them. Do **not** give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

My "Private Rights" are being "Violated", I Jonathan Rice, Birthday: 02-15-1990 SOC. Sec# 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. Also That I Have Police Reports from The U.S. military and other Police Reports That I don't got Arrested and Police Reports from Atlanta Police That I'm Also a U.S. Register ASSASSIN, I Jonathan Rice, and Atlanta white Police Report from the year 2012 That I killed 17 men by myself at a maybe city Club in Atlanta. That I Help 4 Atlanta Polices from a "Terrorist" unlawful Attack on Atlanta Police around the year 2012 or year 2011. Police Reports That I Jonathan Rice, ASSASSIN Badge number* Register in I Jonathan Rice

4

name and That I dont get Arrested when I'm in uniform or not in uniform my ASSASSIN uniform, Register in I Jonathan Rice name. That I also Had unlawful Atlanta Police that work at Magic City Club in Atlanta try to take my, Register Badge number and my Register gun to do unlawful work using my Register gun in I Jonathan Rice, name. I Have other U.S. People That Live in Atlanta Have made Reports and Police Reports on How the Local Atlanta Police are Violated, Jonathon Rice Lawful Rights and Private Rights. That they ack if They dont see in the Police car on the computer. That I Jonathon Rice dont get Arrested. It's Hard to be a U.S. ASSASSIN and do my Job without Private F.B.I agents or Local Police That Violated me when I'm working to do a Job. I feel I Have no Honor in This Country.

### VII. Injuries

what medical treatment, if any, you required and did or did not receive.

Habeas Corpus Claim. False Arrest Claim. False Imprisonment Claim.

### VIII. Relief

State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes. If requesting money damages, include the amounts of any actual and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Freedom That I want for my Relief. False Arrest Claim, And False Imprisonment Claim. because Hillary and Michelle Obama Been Paying other Atlanta Judge's and Polices to Violated my Private Rights. I do feel That I Have no Honor of being Here in This Country. I even Had Private Pull-up's by U.S. Military men in uniform try to Attack me 0 to Kill me That someone gave them some unlawful orders I dont feel That my Civil Rights or Private Rights are being safe in the State of Atlanta.

5

LF 028
Rev. 11/04/2019

I been underminded by my Private Rights. That I don't get Arrest. And That I Have a Job being a Register U.S. ASSASSIN I Jonathan Ace. And I am Register in the U.S. military That the U.S. military got papers on I Jonathan Ace and documents. That from the year "2011" and from the year 2012, and from the year 2013, and Parres Roberts "president" Trump Signal continuing Appropriations, military Construction And veterans Affairs, And Extensions Act, 2026,

Signed this 02 day of 9 , 20 26

_Jonathan Ace_
Signature of Plaintiff

STATE OF Georgia
COUNTY (CITY) OF Trion

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON 02-9- 26
(Date)

_Jonathan Ace_
Signature of Plaintiff

6